IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JOHN PATRICK,                 )
                              )
            Petitioner,       )
                              )
    v.                        )    1:24-cv-737
                              )
UNITED STATES OF AMERICA,     )
                              )
            Respondent.       )
```

**ORDER**

On September 5, 2024, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is hereby **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Petitioner filing a new petition in the proper district after exhausting any available administrative remedies.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 5th day of November, 2024.

                                                                    */s/ William L. Osteen, Jr.*
                                                                    United States District Judge